
# RETURN OF SERVICE
### In the IA District Court for LINN COUNTY COURT

| CHRISTOPHER CHEATHAM | VS | CRST SPECIALIZED TRANSPORTATION INC, CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED INC |
|---|---|---|

Sheriff #: 24040756
Case #: 1:24-CV-109
Received: 10/9/2024
Service Number: 256251

**STATE OF IOWA POLK COUNTY } §**

I certify that I served a copy of:
X Summons/Complaint JURY TRIAL DEMAND

On: 10/9/2024 2:44:00 PM
To: CRST SPECIALIZED TRANSPORTATION INC by delivering a copy to MEGAN
    a person at least 18 years of age described as OFFICE
Manner Served: COMPANY REPRESENTATIVE
Address of Service: 100 Court Ave SUITE 201, Des Moines, IA 50309
Notes: Served office - Megan

**Attempts**

Date: 10/9/2024 2:44:00 PM
Address: 100 Court Ave SUITE 201, Des Moines, IA 50309
Note: SERVED OFFICE - MEGAN

| FEES | Kevin J Schneider, Sheriff of Polk County, Iowa |
|---|---|
| **Total: $30.00** | Deputy/Server: Patrick McIlhon |

Entered by Steven Matzke - 10/10/2024 8:00:42 AM.