IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CHRISTOPHER CHEATHAM,<br><br>    Plaintiff,<br><br>v.<br><br>CRST INTERNATIONAL HOLDINGS, LLC; CRST EXPEDITED, INC. d/b/a CRST THE TRANSPORTATION SOLUTION, INC.; and CRST SPECIALIZED TRANSPORTATION, INC. d/b/a CRST SPECIALIZED SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 1:20-cv-00109-MAR |

## DEFENDANT CRST INTERNATIONAL HOLDINGS, LLC'S
## CORPORATE DISCLOSURE STATEMENT

As required by Local Rule 7.1, Defendant, CRST International Holdings, LLC, in this case provides the following information to the Court:

1. The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case:

    Bresdan NAL, LP
    Bresdan North American Logistics, ULC
    CRST Expedited, Inc.
    CRST Lincoln Sales, Inc.
    CRST Specialized Transportation, Inc.
    Installs, LLC
    North American Driver Training Academy, LLC
    North American Logistics Group, LLC
    North American Logistics Intermate Holdings, LLC
    Specialized Transportation Agent Group-Canada Corp.
    STI Canada, Inc.

2. With respect to each entity named in response to paragraph 1, the following describes its connection to or interest in the litigation, or both: CRST International Holdings, LLC owns all the stock of the other companies identified in paragraph 1.

Dated: November 18, 2024　　　　　　　　　Respectfully submitted,

/s/Angela S. Cash
James H. Hanson (admitted *pro hac vice*)
Angela S. Cash (admitted *pro hac vice*)
Andrew J. Ireland (admitted *pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 W. Market St., Suite 1400
Indianapolis, IN 46204
P: 317-637-1777
F: 317-687-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendants*