# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA CEDAR RAPIDS DIVISION

| | |
|---|---|
| CHRISTOPHER CHEATHAM, on behalf of him-self and all others similarly situated,<br><br>CRST INTERNATIONAL HOLDINGS, LLC; CRST EXPEDITED, INC, d/b/a CRST THE TRANSPORTATION SOLUTION, INC.;<br><br>Defendants. | Case No. 1:24-CV-109 |

## INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(B) AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF

Plaintiff CHRISTOPHER CHEATHAM, by and through his attorneys of record, RAFII & ASSOCIATES, P.C., hereby file this Index of Exhibits in Support of Plaintiff's Motion for Notice of Certification of the Collective. Plaintiff bases this upon the papers and pleadings on file in this action.

Respectfully submitted,

DATED: February 12, 2025          **RAFII & ASSOCIATES, P.C.**

*/s/Rachel Mariner*
Rachel Mariner
*Attorneys for Plaintiff*

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Notice of Pending Collective Action Lawsuit. Under the Fair Labor Standards Act |
| B | Consent to Join Lawsuit Pursuant to 29 U.S.C. § 216(b) |
| C | Reminder Card |
| D | Demand Letter - Representation of Christopher Jeffrey Cheatham dated February 15, 2024 |
| E | Declaration of Christopher Jeffrey Cheatham dated February 12, 2025 |
| F | CRST Commercial Driver's License Training and Repayment Agreement |
| G | Promissory Note with Demand Feature |
| H | Wage Deduction Authorization |

# CERTIFICATE OF SERVICE

The undersigned certifies, pursuant to LR 5(a), that a true and correct copy of this document was served electronically upon all parties to the above cause of action through the Court's ECF system to each of the attorneys of record herein at their respective addressees disclosed on the pleadings on February 12, 2025.

James H. Hanson
Angela S. Cash
Andrew J. Ireland
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
*Attorneys for Defendant*
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
*Attorneys for Defendant*
kvisser@spmblaw.com

By: */s/ Marcus Johnson*
Marcus Johnson