IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CHRISTOPHER CHEATHAM, | No. 24-cv-109-CJW-MAR |
| Plaintiff, | ORDER |
| vs. | |
| CRST INTERNATIONAL HOLDINGS, LLC and CRST EXPEDITED, INC. d/b/a CRST The Transportation Solution, Inc. | |
| Defendants. | |

_____

Before the Court is Defendant CRST Expedited, Inc.'s Motion to Strike Allegation in Plaintiff's First Amended Complaint Pursuant to Rule 12(f) (Doc. 49) and Defendant CRST International Holdings, LLC's Motion to Strike Allegation in Plaintiff's First Amended Complaint Pursuant to Rule 12(f) (Doc. 50). Defendants did not comply with Local Rule 7(k), which requires non-dispositive motions to "contain a representation that counsel for the moving party personally has conferred in good faith with counsel for all other parties and any pro se parties concerning the motion, and a statement of whether or not the other parties consent to the motion." LR 7(k).

Therefore, Defendants' motions are **denied** without prejudice to refiling. Defendants may refile motions in compliance with Local Rules within ten (10) days hereof.

1

Furthermore, after review of Plaintiff's resistance at Doc. 54 it is not clear if the Plaintiff is resisting the motions filed by both CRST International Holdings, LLC *and* CRST Expedited, Inc.

**IT IS SO ORDERED** this 20th day of March, 2025.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa